```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF VERMONT

MICHAEL L. CARPENTER,                    :
              Plaintiff,                 :
                                         :
       v.                                : Docket No.
                                         : 2:24-CV-65-wks-kjd
                                         :
VERMONT DEPARTMENT OF CORRECTIONS et al.,:
              Defendants.                :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed December 2, 2024. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Summary Judgment (Doc. 21) is DENIED. In addition, the proposed discovery schedule that was ordered to be filed no later than December 16, 2024 has not been filed. The Court will now set this case for a scheduling conference.

Dated at Burlington, in the District of Vermont, this 6th day of January, 2025.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge